NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA REDDY, | Case No. **CV 10-524-JFW (DTBx)** |
| Plaintiff, | **FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |
| v. | |
| GILBERT MEDICAL TRANSCRIPTION SERVICE, INC.; CAROLE J. GILBERT; MERIT R. SOWARDS; FELICIA SLATTERY; TRANSCRIPTION MATCHMAKER; and TERRI KAMINSKI, | |
| Defendants. | |

WHEREAS, the Court, having granted Defendants Transcription Matchmaker and Terri Kaminski's Motion for Summary Judgment based on its determination that there was no genuine issue as to any material fact and that Defendants Transcription Matchmaker and Terri Kaminski were entitled to judgment as a matter of law on all claims for relief alleged against them,

WHEREAS, the Court, having determined, pursuant to Federal Rule of Civil Procedure 54(b) that there is no just

reason for delaying the entry of final judgment in favor of Defendants Transcription Matchmaker and Terri Kaminski,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that final judgment is entered in this action as follows:

1. Plaintiff Krishna Reddy shall recover nothing from Defendants Transcription Matchmaker and Terri Kaminiski;

2. Defendants Transcription Matchmaker and Terri Kaminski shall have judgment in their favor on Plaintiff Krishna Reddy's entire action; and

3. Defendants Transcription Matchmaker and Terri Kaminski shall recover from Plaintiff Krishna Reddy their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Final Judgment Pursuant to Fed. R. Civ. P. 54(b).

Dated: September 20, 2010  _____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2