Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KRISHNA REDDY, | ) | Case No. **CV 10-524-JFW (DTBx)** |
| | ) | |
| Plaintiff, | ) | **FINAL JUDGMENT AS TO** |
| | ) | **DEFENDANTS GILBERT MEDICAL** |
| v. | ) | **TRANSCRIPTION SERVICE, INC.,** |
| | ) | **CAROLE J. GILBERT, AND MERIT** |
| GILBERT MEDICAL | ) | **R. SOWARDS** |
| TRANSCRIPTION SERVICE, | ) | |
| INC.; CAROLE J. GILBERT; | ) | |
| MERIT R. SOWARDS; FELICIA | ) | |
| SLATTERY; TRANSCRIPTION | ) | |
| MATCHMAKER; and TERRI | ) | |
| KAMINSKI, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

WHEREAS, on May 6, 2010, the Court dismissed Defendant Felicia Slattery for lack of personal jurisdiction [Docket No. 32],

WHEREAS, on July 28, 2010, the Court granted Defendants Transcription Matchmaker and Terri Kaminski's motion for summary Judgment [Docket No. 82] and on September 20, 2010, entered final judgment in favor of Defendants Transcription Matchmaker and Terri Kaminski pursuant to Federal Rule of Civil Procedure 54(b) [Docket No. 88],

1      WHEREAS, on May 6, 2010, the Court granted Defendants
2 Gilbert Medical Transcription Service, Inc., Carole J.
3 Gilbert, and Merit R. Sowards' motion to dismiss Plaintiff's
4 Title VII claim [Docket No. 32];
5      WHEREAS, on December 20, 2010, the Court granted
6 Defendants Gilbert Medical Transcription Service, Inc.,
7 Carole J. Gilbert, and Merit R. Sowards' motion for summary
8 judgment with respect to Plaintiff's remaining claims for
9 relief except Plaintiff's claim for wrongful termination in
10 violation of public policy [Docket No. 150];
11      WHEREAS, on February 4, 2011, the Court granted
12 Defendants Gilbert Medical Transcription Service, Inc.,
13 Carole J. Gilbert, and Merit R. Sowards' request for
14 terminating sanctions, and dismissed the action pursuant to
15 Federal Rule of Civil Procedure 37(b)(2)[Docket No. 203],
16      IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
17 DECREED, that judgment is entered in this action as to
18 Defendants Gilbert Medical Transcription Service, Inc.,
19 Carole J. Gilbert, and Merit R. Sowards' as follows:
20      1.  Plaintiff Krishna Reddy shall recover nothing from
21 Defendants Gilbert Medical Transcription Service, Inc.,
22 Carole J. Gilbert, and Merit R. Sowards;
23      2.  Defendants Gilbert Medical Transcription Service,
24 Inc., Carole J. Gilbert, and Merit R. Sowards shall have
25 judgment in their favor on Plaintiff Krishna Reddy's entire
26 action; and
27 / / /
28 / / /

3. Defendants Gilbert Medical Transcription Service, Inc., Carole J. Gilbert, and Merit R. Sowards shall recover from Plaintiff Krishna Reddy their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: February 7, 2011     _____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE